IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV290 |
| vs. | ) ) | ORDER |
| JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM, BEN KUMM, GLEN R. KUMM and STARR KUMM n/k/a Starr Wallace, | ) ) ) ) ) ) ) ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL and PARADIGM FINANCIAL SERVICES, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

This matter is before the court on the letter request of Bryan Reil, a third-party defendant, to continue the planning report and planning conference dates for thirty days. Counsel for Mr. Reil was recently retained and received three boxes of materials related to this matter. Counsel believes an extension of time would allow counsel preparation time to meaningfully participate in the planning conference. The court finds a brief extension of time is warranted. Upon consideration,

**IT IS ORDERED:**

The parties shall have until **February 26, 2009**, to file an amended planning report pursuant to Fed. R. Civ. P. 26(f). The telephone conference is continued to **March 3, 2009, at 2:00 p.m.** Plaintiff's counsel shall initiate the call.

DATED this 16th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge