# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Plaintiff, | CASE NO. 8:08-cv-290 |
| v. | **NOTICE OF DEPOSITION** |
| JANICE KUMM and DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually, GLEN R. KUMM, individually; and STARR KUMM n/k/a Starr Wallace, individually, | |
| Defendants/Third Party Plaintiffs. | |
| v. | |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES LLC, | |
| Third Party Defendants. | |

**TO:   Colleen Weiss**

Defendants/Third Party Plaintiffs give notice that they will take the deposition of Colleen Weiss on Wednesday, April 15, 2009, at the offices of Premier Brokerage Services, Inc., 604 Harper Avenue, Jenkintown, PA 19046-3207.  Said deposition will commence at 9:00 a.m., continuing thereafter until complete.  The deposition will be taken before a certified court reporter and will be stenographically recorded for the purpose of preserving testimony and evidence for use at trial and other evidentiary

proceedings, in addition to any other uses allowed by law.

 Dated this 23rd day of March, 2009

        JANICE KUMM and DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually, GLEN R. KUMM, individually; and STARR KUMM n/k/a Starr Wallace, individually, Defendants,

        By: s/William G. Dittrick
          William G. Dittrick (NE# 11024)
          Kenneth W. Hartman (NE# 21954)
        of BAIRD HOLM LLP
         1500 Woodmen Tower
         Omaha, NE  68102-2068
         Phone: 402-344-0500
         wdittrick@bairdholm.com
         khartman@bairdholm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 23rd day of March, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Tory M. Bishop<br>Marcia A. Washkuhn<br>Matthew M. Enenbach<br>Kutak Rock LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>Tory.bishop@kutakrock.com<br>Marcia.Washkuhn@kutakrock.com<br>Matthew.enenbach@kutakrock.com | Kevin J. Schneider<br>Andre R. Barry<br>Stanton N. Beeder<br>Cline, Williams, Wright, Johnson &<br>Oldfather, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, NE 68508-2095<br>kschneider@clinewilliams.com<br>abarry@clinewilliams.com<br>sbeeder@clinewilliams.com |
| Albert M. Engles<br>Engles, Ketcham Law Firm<br>1700 Farnam Street<br>Suite 1350, Woodmen Tower<br>Omaha, NE 68102<br>bengles@ekoklaw.com | John R. Douglas<br>David A. Blagg<br>Cassem, Tierney Law Firm<br>8805 Indian Hills Drive<br>Suite 300<br>Omaha, NE 68114<br>idouglas@ctagd.com |
| Mark J. Daly<br>Brashear Law Firm<br>711 North 108th Court<br>North Old Mill<br>Omaha, NE 68154-1714<br>federal@brashearlaw.com | |

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

  None.

                    s/William G. Dittrick

DOCS/905819.1