IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, </br></br>　　　Plaintiff, </br></br>v. </br></br>JANICE KUMM and DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually; GLEN R. KUMM, individually; and STARR KUMM n/k/a Starr Wallace, individually, </br></br>　　　Defendants/Third-Party Plaintiffs, </br></br>v. </br></br>GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC, </br></br>　　　Third-Party Defendants. | CASE NO. 8:08-CV-290 </br></br>**AMENDMENT TO STIPULATED PROTECTIVE ORDER** |

　　　Plaintiff, Sun Life Assurance Company of Canada ("Plaintiff"), Defendants, Janice Kumm, DeAnn Kumm, Ben Kumm, Glen R. Kumm, and Starr Kumm (collectively "Defendants"), and Third-Party Defendants, Paradigm Financial Services, LLC, Gerald Bryce, James Grendell, and Bryan Reil (collectively, "Third-Party Defendants"), by and through their respective counsel, hereby stipulate and agree to the following amendment of the Court's March 9, 2009 Stipulated Protective Order:

　　　Paragraph 1 shall now read as follows:

"1.  Plaintiff, Defendants, and Third-Party Defendants stipulate and agree that they have an obligation to ensure the confidentiality of documents filed as Restricted Documents under the E-Government Act, all underwriting materials and agreements with non-parties whether or not related to the present matter which may be produced in this case in response to any party's discovery requests or to testifying or non-testifying experts.  In addition, Plaintiff, Defendants, and Third-Party Defendants stipulate and agree that, in the case of any documents produced pursuant to a subpoena, the third-party providing the documents or any party to this case has the right to designate documents as confidential if they contain confidential customer records, client information, business records, underwriting materials, and agreements with non-parties, whether or not related to the present case.  Accordingly, the parties show the Court that good cause exists for the entry of a protective order."

This amendment to the Court's March 9, 2009 Stipulated Protective Order only modifies, and in no way displaces, the Court's March 9, 2009 Order.  This amendment shall be binding upon the parties, their attorneys, agents, employees, representatives, successors, and assigns from this date forward for documents first produced or disclosed from such date.

Dated this 31st day of March, 2009.


GERALD BRYCE, Third-Party Defendant,



s/ Albert M. Engles
Albert M. Engles, #11194
Chad G. Marzen, #24046
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
Phone:  (402) 348-0900
Fax:  (402) 348-0904
e-mail:  bengles@ekoklaw.com
e-mail:  cmarzen@ekoklaw.com


SUN LIFE ASSURANCE COMPANY OF CANADA, Plaintiff,

s/_Matthew Enenbach _____
Tory M. Bishop
Marcia A. Washkuhn
Matthew M. Enenbach
Kutak Rock, LLP
1650 Farnam St.
Omaha, NE 68102-2186
Phone:  (402) 346-6000
Fax :  (402) 346-1148
e-mail:  Tory.bishop@kutakrock.com
e-mail:  Marcia.washkuhn@kutakrock.com
e-mail:  Matthew.enenbach@kutakrock.com


JANICE KUMM AND DEANN KUMM, as co-personal
representatives of the ESTATE OF GAYLOR KUMM,
DEANN KUMM, BEN KUMM, GLEN R. KUMM,
and STARR KUMM, Defendants/Third-Party Plaintiffs,


s/ Kenneth Hartman_____
William G. Dittrick
Kenneth W. Hartman
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102-2068
Phone:  (402) 344-0500
Fax:  (402) 344-0588
e-mail:  wdittrick@bairdholm.com
e-mail:  khartman@bairdholm.com

BRYAN REIL, Third-Party Defendant,


s/ David A. Blagg_____
John R. Douglas
David A. Blagg
Cassem, Tierney, Adams, Gotch, & Douglas
8805 Indian Hills Dr., #300
Omaha, NE 68114
Phone:  (402) 390-0300
Fax:  (402) 390-9676
e-mail:  jdouglas@ctagd.com
e-mail:  dblagg@ctagd.com


JAMES GRENDELL and PARADIGM FINANCIAL
SERVICES, LLC, Third-Party Defendants,


s/ Mark J. Daly_____
Mark J. Daly
Scott E. Daniel
MaryBeth Frankman
Brashear, LLP
711 N. 108 Court
Omaha, NE 68154-1714
Phone:  (402) 348-1000
Fax:  (402) 348-1111
e-mail:  mjd@brashearlaw.com
e-mail:  sed@brashearlaw.com
e-mail:  mbf@brashearlaw.com

and

Andre R. Barry
Stanton N. Beeder
Cline, Williams, Wright, Johnson & Oldfather, LLP
1900 U.S. Bank Bldg.
233 S. 13 St.
Lincoln, NE 68508-2095
Phone:  (402) 474-6900
Fax:  (402) 474-5393
e-mail:  abarry@clinewilliams.com
e-mail:  sbeeder@clinewilliams.com

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2009

By the Court:

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tory M. Bishop
Marcia A. Washkuhn
Matthew M. Enenbach
Kutak Rock, LLP
1650 Farnam St.
Omaha, NE 68102-2186
Phone:  (402) 346-6000
Fax :  (402) 346-1148
e-mail:  Tory.bishop@kutakrock.com
e-mail:  Marcia.washkuhn@kutakrock.com
e-mail:  Matthew.enenbach@kutakrock.com
**Attorneys for Plaintiff**

William G. Dittrick
Kenneth W. Hartman
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102-2068
Phone:  (402) 344-0500
Fax:  (402) 344-0588
e-mail:  wdittrick@bairdholm.com
e-mail:  khartman@bairdholm.com
**Attorneys for Defendants/Third-Party Plaintiffs**

John R. Douglas
David A. Blagg
Cassem, Tierney, Adams, Gotch, & Douglas
8805 Indian Hills Dr., #300
Omaha, NE 68114
Phone:  (402) 390-0300
Fax:  (402) 390-9676
e-mail:  jdouglas@ctagd.com
e-mail:  dblagg@ctagd.com
**Attorneys for Bryan Reil**

Andre R. Barry
Stanton N. Beeder
Cline, Williams, Wright, Johnson & Oldfather, LLP
1900 U.S. Bank Bldg.
233 S. 13 St.
Lincoln, NE 68508-2095
Phone:  (402) 474-6900
Fax:  (402) 474-5393
e-mail:  abarry@clinewilliams.com
e-mail:  sbeeder@clinewilliams.com
**Attorneys for Grendell & Paradigm**

Mark J. Daly
Scott E. Daniel
MaryBeth Frankman
Brashear, LLP
711 N. 108 Court
Omaha, NE 68154-1714
Phone:  (402) 348-1000
Fax:  (402) 348-1111
e-mail:  mjd@brashearlaw.com
e-mail:  sed@brashearlaw.com
e-mail:  mbf@brashearlaw.com
**Attorneys for Grendell & Paradigm**

          s/ Albert M. Engles
          Albert M. Engles, #11194
          Chad G. Marzen, #24046
          ENGLES, KETCHAM, OLSON & KEITH, P.C.
          1350 Woodmen Tower
          Omaha, Nebraska 68102
          Phone:  (402) 348-0900
          Fax:  (402) 348-0904
          e-mail:  bengles@ekoklaw.com
          e-mail:  cmarzen@ekoklaw.com