IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEN KUMM; GLEN R. KUMM; JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM; ESTATE OF GAYLORD KUMM; and STARR KUMM n/k/a Starr Wallace, | ) ) ) ) ) ) ) ) | 8:08CV368 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV290 |
| v. | ) ) | |
| JANICE KUMM AND DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually, GLEN R. KUMM, individually; and STARR KUMM n/ka Starr Wallace, individually, | ) ) ) ) ) ) ) ) ) | |
| Defendants and Third-Party Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC, | ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

This matter is before the court on the motion for an immediate progression hearing regarding status of deposition and consolidation by the Defendants/Third Party Plaintiffs in Case No. 8:08CV290 and the Plaintiffs in Case No. 8:08CV368 (Filing No. 136 in 8:08CV290; Filing No. 71 in 8:08CV368).  Upon consideration,

**IT IS ORDERED:**

1. The motions for an immediate hearing (Filing No. 136 in 8:08CV290 and Filing No. 71 in 8:08CV368) are granted.

2. A **telephone** conference regarding the status of deposition and consolidation of these matters will be held on **August 24, 2009, at 9:00 a.m.** with the undersigned magistrate judge and the parties.  Counsel for the moving parties shall initiate the telephone conference.

DATED this 20th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge