IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) |
| Plaintiff, | ) ) 8:08CV290 |
| v. | ) ) ) ORDER |
| JANICE KUMM AND DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually, GLEN R. KUMM, individually; and STARR KUMM n/ka Starr Wallace, individually, | ) ) ) ) ) ) ) ) ) |
| Defendants and Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC, | ) ) ) ) |
| Third-Party Defendants. | ) |

This matter is before the court on the letter request of counsel for third-party defendant Bryan Reil, John R. Douglas, to reschedule the final pretrial conference scheduled for March 26, 2010, due to a conflict in Mr. Douglas's schedule. Since co-counsel David A. Blagg is available to appear at the pretrial conference, the pretrial conference will not be rescheduled at this time. Pursuant to NECivR 16.2(b), Mr. Douglas will be excused from the pretrial conference.

**IT IS SO ORDERED.**

DATED this 24th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge