## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SUN LIFE ASSURANCE COMPANY )
OF CANADA, )
                           )          8:08CV290
        Plaintiff, )
                           )          ORDER
    v. )
                            )
JANICE KUMM AND DEANN KUMM, )
as  co-personal representatives of the )
ESTATE OF GAYLORD KUMM; DEANN )
KUMM, individually; ESTATE OF )
GAYLORD KUMM; BEN KUMM, )
individually, GLEN R. KUMM, )
individually; and STARR KUMM )
n/ka Starr Wallace, individually, )
                            )
        Defendants/ )
        Third-Party Plaintiffs. )
                            )
    v. )
                            )
GERALD BRYCE, JAMES GRENDELL, )
BRYAN REIL, and PARADIGM )
FINANCIAL SERVICES, LLC, )
                            )
        Third-Party Defendants. )

      This matter comes before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order (Filing No. 142).  Upon being advised that Defendants/Third-Party Plaintiffs and Third-Party Defendants have no opposition to the motion, the Court hereby orders that the Order Setting Final Schedule for Progression of Case (Filing No. 76) shall be amended as follows:

    a.      The deadline to disclose rebuttal expert witnesses and their written report(s) pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be extended from October 16, 2009 to thirty (30) days after the last written report of Defendants/Third Party Plaintiffs' and Third-Defendants' experts is produced; and

    b.      The deadline to file motions for summary judgment is extended from November 2, 2009 until December 4, 2009.

    **IT IS SO ORDERED**.

    Dated this 8th day of October, 2009.

                                     BY THE COURT:

                                     s/Thomas D. Thalken
                                     United States Magistrate Judge