IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>        Plaintiff,<br><br>  v.<br><br>JANICE KUMM AND DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM; ESTATE OF GAYLORD KUMM; BEN KUMM; GLEN R. KUMM; STARR KUMM n/ka Starr Wallace; GERALD BRYCE; JAMES GRENDELL; BRYAN REIL; JENIFER GRENDELL; and PARADIGM FINANCIAL SERVICES, LLC,<br><br>        Defendants.<br>_____<br><br>JANICE KUMM AND DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM; ESTATE OF GAYLORD KUMM; BEN KUMM, GLEN R. KUMM, and STARR KUMM n/ka Starr Wallace,<br><br>        Third-Party Plaintiffs,<br><br>  v.<br><br>GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC,<br><br>        Third-Party Defendants. | No. 8:08-CV-290<br><br><br>**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

4819-0176-6661.2

COMES NOW Plaintiff, Sun Life Assurance Company of Canada ("Sun Life"), and moves this Court for an Order of Summary Judgment in its favor on its First and Second Claims for Relief presented in its Second Amended Complaint (Filing No. 152) and claims presented by Defendants in their Counterclaim (Filing No. 19) because there is no genuine issue of material fact in relation to such claims and Sun Life is entitled to judgment as a matter of law.

Sun Life moves this Court for an Order of Summary Judgment in its favor on the following bases:

1. Gaylord Kumm, under the undisputed facts and as a matter of law, knowingly made false representations to Sun Life with the intent to deceive Sun Life. Reasonably relying upon Gaylord Kumm's misrepresentations, Sun Life acted and was deceived to its injury.

2. Sun Life, under the undisputed facts and as a matter of law, is entitled to rescission of the $10 million life insurance policy it issued to Gaylord Kumm in 2006; and

3. Defendants are not, under the undisputed facts and as a matter of law, entitled to judgment on its counterclaim for payment of the $10 million benefit of the life insurance policy.

Pursuant to NECivR 7.0.1, Sun Life contemporaneously files herein a Brief in Support of Motion for Partial Summary Judgment and an Index of Evidence in Support of Motion for Partial Summary Judgment including affidavits, deposition testimony, deposition exhibits and discovery responses.

WHEREFORE Sun Life respectfully requests the Court enter judgment as a matter of law in favor of Sun Life on Sun Life's First and Second Claims for Relief of the Second Amended Complaint and Defendants' Counterclaim.

Dated this 7th day of December, 2009.

        SUN LIFE ASSURANCE COMPANY OF
        CANADA, A FOREIGN CORPORATION,
        Plaintiff


  By s/ Matthew M. Enenbach
     Tory M. Bishop #18527
     Marcia A. Washkuhn #21022
     Matthew M. Enenbach #22891
     Kutak Rock LLP
     The Omaha Building
     1650 Farnam Street
     Omaha, NE  68102-2186
     (402) 346-6000


## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notification of such electronic filing to the following:

    William G. Dittrick, wdittrick@bairdholm.com
    Kenneth W. Hartman, khartman@bairdholm.com
    John R. Douglas, jdouglas@ctagd.com
    David A. Blagg, dblagg@ctagd.com
    Albert M. Engles, bengles@ekoklaw.com
    Andre R. Barry, abarry@clinewilliams.com
    Mark J. Daly, mjd@brashearlaw.com

        s/ Matthew M. Enenbach
        Matthew M. Enenbach