IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Plaintiff,

v.

JANICE KUMM and DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually, GLEN R. KUMM, individually; and STARR KUMM n/k/a Starr Wallace, individually,

    Defendants/Third Party Plaintiffs.

v.

GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES LLC,

    Third Party Defendants.

CASE NO. 8:08-cv-290

**ORDER**

This matter comes before the Court on Plaintiff's and Defendants' Joint Motion for Extension of Summary Judgment Briefing Deadlines (Filing No. 161). Being fully advised, the Court will grant the Motion.

ACCORDINGLY, IT IS ORDERED:

1. Defendants shall file their response brief and evidence in opposition to Plaintiff's Motion for Partial Summary Judgment on or before January 15, 2010.

2. Plaintiff's shall file its Reply brief and evidence on or before February 5, 2010.

Dated this 21st day of December, 2009

BY THE COURT:

/s Joseph F. Bataillon, Chief Judge

Joseph F. Bataillon, United States District Court

DOCS/949567.1

2