# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV290 |
| vs. | ) ) | ORDER |
| JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM, BEN KUMM, GLEN R. KUMM and STARR KUMM, n/k/a Starr Wallace, | ) ) ) ) ) ) ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL and PARADIGM FINANCIAL SERVICES, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

The plaintiff's motions for protective order (Filing No.189 and Filing No. 202) are hereby scheduled for a telephonic hearing on **January 26, 2010, at 1:30 p.m.** Counsel for the plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge