## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | 8:08CV290 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM, BEN KUMM, GLEN R. KUMM, and STARR KUMM n/ka Starr Wallace, | ) ) ) ) ) ) ) ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on April 19, 2010.

**IT IS ORDERED:**

The telephone conference with the undersigned magistrate judge is continued to **April 29, 2010, at 9:00 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 19th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge