IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>   Plaintiff,<br><br> v.<br><br>JANICE KUMM, co-personal representative of the Estate of Gaylord Kumm, DEANN KUMM, individually and as co-personal representative of the Estate of Gaylord Kumm, BEN KUMM, individually, GLEN R. KUMM, individually, STARR KUMM, n/k/a Starr Wallace individually,<br><br>   Defendants/Third Party Plaintiffs.<br><br> v.<br><br>GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC,<br><br>   Third-Party Defendants. | 8:08CV290<br><br>ORDER OF DISMISSAL |

  This matter is before the court on the parties' stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), Filing No. 222. The court being fully advised in the premises finds that the action should be dismissed. Accordingly,

  IT IS ORDERED that this action and all claims, counterclaims, or third-party actions that were brought or could have been brought is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

  DATED this 30th day of April, 2010.

              BY THE COURT:

              s/ Joseph F. Bataillon
              Chief United States District Judge